THE PEOPLE ex rel. WILLIAM KELLY, Appellant, *v.* JAMES J. MARTIN et al., Commissioners, etc., Respondents.

(Argued October 22, 1894; decided November 27, 1894.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made April 3, 1893, which dismissed a writ of certiorari to review the determination of defendants in dismissing the relator from the police force of the police department of the city of New York, and affirmed said proceedings.

*Joseph I. Green* for appellant.

*David J. Dean,* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.